UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK WAYNE THACKER,

    Petitioner,

v.                                      Case No. 6:06-cv-1229-Orl-19KRS

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motions:

1. Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 23, filed July 25, 2007) is **DENIED**. Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right. Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

2. Petitioner's Request for a Certificate of Appealability (Doc. No. 22, filed July 25, 2007) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Where, as here, a habeas petition is denied in part on procedural grounds, the Petitioner also must show "that there is a substantial issue about the correctness of the procedural ground on which the petition was denied." *Gordon v. Secretary*, (11th Cir. 2007) (citing *Slack v. McDaniel*, 529 U.S. 473 (2000). Petitioner has failed to make a substantial showing of the denial of a constitutional right or the correctness of this Court's procedural ruling.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of July, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/25
Frederick Wayne Thacker
Counsel of Record